# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00346-EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**2. STEVEN RYAN DOCK,**
**3. FRED GOLDTOOTH,**

      Defendants.

## GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT AS TO DEFENDANTS STEVEN RYAN DOCK AND FRED GOLDTOOTH

      The United States of America, by and through Linda McMahan, Assistant United States Attorney, at the time of sentencing, and as a condition thereon, moves the Court for an order dismissing the Indictment as to Defendants Steven Ryan Dock and Fred Goldtooth. On April 26, 2006, the defendants pleaded guilty to an Information. Sentencing will occur on September 1, 2006.

      WHEREFORE, the government requests the Indictment be dismissed.

      Dated this 6th day of September, 2006.

Respectfully submitted,

TROY A. EID
United States Attorney


s/Linda McMahan
LINDA MCMAHAN
Assistant U.S. Attorney
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: 303-454-0200
Fax: 303-454-0406
E-mail: Linda.McMahan@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of September, 2006, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Pamela Robillard Mackey**
pmackey@hmflaw.com showard@hmflaw.com

**Robert William Pepin**
Robert_Pepin@fd.org COX_ECF@fd.org

**Scott T. Poland**
scottpoland@qwest.net

                                                          s/Linda McMahan
                                                          LINDA MCMAHAN
                                                          Assistant U.S. Attorney
                                                          U.S. Attorney's Office
                                                          1225 17th Street, Suite 700
                                                          Denver, CO 80202
                                                          Telephone: 303-454-0200
                                                          Fax: 303-454-0406
                                                          E-mail: Linda.McMahan@usdoj.gov
                                                          Attorney for Government